# EXHIBIT A

## Letters Of Administration

COMMONWEALTH OF PENNSYLVANIA } SS:
SNYDER COUNTY

*I, Stacey L. Zerbe, Register for the Probate of Wills and Granting Letters Of Administration in and for the County of Snyder, Commonwealth of Pennsylvania, Letters Of Administration to Nancy I Bickhart, Administratrix of all and singular, the Goods and Chattels, Rights and Credits which were of* **Teasia M Long**, *late of Union Township in said County, deceased, GREETING.*

*WHEREAS, The Said* **Teasia M Long** *late of Union Township, lately died intestate (as is affirmed having whilst she lived, and at the time of her decease, divers Goods, Chattels, Rights and Credits, within the said county, by means thereof the full disposition and power of granting Letters Of Administration. thereof by law; both belonging to me, I, therefore, desiring that the goods and chattels, rights and credits, which are of said deceased, may be well and truly administered, converted and disposed of, according to the laws of the Commonwealth, in such case made and provided. Do hereby grant unto you the said Nancy I Bickhart (in whose fidelity in this behalf, I very much confide) full power, by the tenor of these presents, to administer the goods and chattels, rights and credits, which were of the said deceased, at the time Decease, within the jurisdiction of my administration; as also to ask, collect, levy, receive the credits whatsoever of the said deceased, which at the time of her death were owing or did in any wise belong to her and pay the debts which the said deceased stood obligated so far forth as the said goods and chattels, rights and credits will extend, according to their rate and order of law; especially of well and truly administering the goods and chattels, rights and credits aforesaid, and making a true and perfect inventory and conscionable appraisement thereof, and exhibiting the same at the Register's office, at Middleburg on or before the 24th day of February, 2016 next ensuing; and also a true and just account, calculating and reckoning of your administration upon your solemn oath, to render on or before the 24th day of February, 2016 or when legally thereunto required. And do by these presents ordain, constitute and depute you the said Nancy I Bickhart to be Administratrix of all singular the goods and chattels, rights and credits, which were of said deceased, within the limits aforesaid, saving harmless and forever indemnifying me, and all other officers, against all persons whomsoever, by reason of your administration aforesaid, and saving all other rights, etc.*

*IN TESTIMONY WHEREOF, I have caused the real seal of said office to be hereunto affixed. Dated at Middleburg, the 19th day of January in the year of our Lord 2016.*



_Stacey L Zerbe_, Register

# SHORT CERTIFICATE
## LETTERS OF ADMINISTRATION

**COMMONWEALTH OF PENNSYLVANIA**  
ss:  
**COUNTY OF SNYDER**

Date of Death: May 24, 2015  
File No.: 5516-0010  
Social Security No. ▮▮▮▮

I, Stacey L. Zerbe, Register of Wills, granting LETTERS OF ADMINISTRATION in and for the County and State aforesaid, do hereby certify that on the 19th day of January, 2016 LETTERS OF ADMINISTRATION of all the Goods, and Chattels, Rights and Credits which were of **Teasia M Long**, late of Union Township, Snyder County, deceased, in due form of law were issued and granted to Nancy I Bickhart, Administratrix, and that such are still in full force.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of my office at Middleburg, this 19th day of January, 2016

 , Register

