IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY BICKHART, Administratrix of the Estate of TEASIA M. LONG<br><br>Plaintiff,<br><br>v.<br><br>JOHN WETZEL, in his Official Capacity, ROBERT SMITH, in his Official Capacity, CANDY OTTE, RN, in her Individual and/or Official Capacities, JOHN/JANE DOES 1-5, in their Individual and/or Official Capacities, JESSIE AYERS, PA-C, ERIN BROWN, CRNP, and MHM CORRECTIONAL SERVICES, INC.<br><br>Defendants. | NO. 4:17-CV-873<br><br>CIVIL ACTION<br><br>FILED<br>HARRISBURG, PA<br><br>JAN 0 4 2018<br><br>JURY TRIAL DEMANDED |

### ORDER APPROVING SETTLEMENT

AND NOW, this _4th_ day of _January_, 2018, upon consideration of Plaintiff's Uncontested Motion to Approve Settlement, the Motion is hereby granted as follows:

    a.    The $7,500 proposed settlement is approved;

    b.    Plaintiff, Nancy Bickhart, Administratrix of the Estate of Teasia M. Long, shall execute any documents necessary to effectuate settlement;

c.  Plaintiff, Nancy Bickhart, shall be reimbursed $3,750 to offset the burial costs she incurred due to Decedent's death;

d.  Andreozzi & Associates, P.C., shall be reimbursed $3,750 to offset the costs incurred in pursuit of this action; and,

e.  Upon receipt of the settlement funds Plaintiff shall discontinue this action, with prejudice.

By: *[signature]*
SUSAN E. SCHWAB
United States Magistrate Judge